**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of  Delaware
                        (State)
Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | L.K. Bennett U.S.A, Inc. | |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 2 7 – 2 5 9 6 6 0 7 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> 595   Madison Avenue <br> Number   Street <br><br> _____ <br><br> New York       NY   10022 <br> City         State  ZIP Code <br><br> New York <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number   Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City     State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number   Street <br><br> _____ <br><br> _____ <br> City     State   ZIP Code |
| 5. **Debtor's website** (URL) | www.us.lkbennett.com | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  L.K. Bennett U.S.A, Inc.  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4 4 8 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY
      District _____  When _____  Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
      District _____  When _____
                                              MM / DD / YYYY
      Case number, if known _____

Debtor  L.K. Bennett U.S.A, Inc.  Case number (*if known*)_____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>    City                                            State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000<br>☑ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  L.K. Bennett U.S.A, Inc.
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/3/2019
             MM / DD / YYYY

X  /s/ A. Komrakov
Signature of authorized representative of debtor

Andrey Komrakov
Printed name

Title  Assistant Secretary and Financial Controller

**18. Signature of attorney**

X  /s/Stuart Brown
Signature of attorney for debtor

Date  4/3/2019
      MM / DD / YYYY

Stuart Brown
Printed name

DLA Piper
Firm name

1201   North Market Street, Suite 2100
Number    Street

Wilmington                                         DE        19801
City                                               State     ZIP Code

302-394-2341                                       stuart.brown@dlapiper.com
Contact phone                                      Email address

004050                                             Delaware
Bar number                                         State

## ACTION BY
## WRITTEN CONSENT OF SHAREHOLDER OF
## L.K. BENNETT U.S.A, INC.

April 3, 2019

Effective as of the date hereof, the undersigned shareholder (the "**Shareholder**") of L.K. BENNETT U.S.A, INC. (the "**Company**"), does hereby consent to the following actions and adopt the following resolutions by written consent in lieu of a meeting as if such resolutions had been adopted at a duly convened meeting:

Chapter 11 Filing

**WHEREAS**, the Shareholder, in its current administration proceedings under the insolvency laws of the United Kingdom, and the joint administrator (the "**Joint Administrator**") of the Shareholder, charged with the statutory duty to manage the affairs, business and property of the Shareholder in connection with the same, surveyed potential restructuring options for the Company and considered presentations by the management and the legal and financial advisors of the Company in the United States regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Shareholder has had the opportunity to consult with the management and the legal and financial advisors of the Company and to fully consider strategic alternatives available to the Company.

**NOW, THEREFORE, THE SHAREHOLDER CONSENTS TO THE COMPANY'S ADOPTION OF THE FOLLOWING ACTIONS AND RESOLUTIONS:**

**RESOLVED**, that in the judgment of the Shareholder, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in a court of proper jurisdiction and venue; and it is further

**RESOLVED**, that any officer of the Company (collectively, the "**Authorized Officers**") acting alone or with one or more Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or

documents, and to take any and all action that they deem necessary or proper in their business judgment to maximize enterprise value; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized, empowered, and directed to certify the authenticity of this Written Consent; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to execute and deliver any documents or to do such other things which shall in their sole judgment be necessary, desirable, proper or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof.

Retention of Professionals

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DLA PIPER LLP (US). as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DLA PIPER LLP (US).; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to utilize the firm of ERNST & YOUNG LLP as restructuring advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of ERNST & YOUNG; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

Sale of Assets or Substantially All Assets

**IT IS FURTHER RESOLVED**, that, it is desirable and in the best interest of the Company to sell assets or substantially all of their assets pursuant to section 363 of the Bankruptcy Code, and therefore, the Company is hereby authorized to commence one or more processes to effectuate a sale of individual assets of the Company or all or substantially all of the Company's assets and the Company is further authorized to file a motion to approve such process and sale and for any related relief.

General Authorizations

**IT IS FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions approved in this Written Consent; and it is further

**RESOLVED**, that the Shareholder has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Bylaws or applicable law, or hereby waives any right to receive such notice thereunder; and it is further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if such act, action, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Shareholder; and it is further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by this Written Consent as such Authorized Officer shall deem necessary or desirable in such Authorized Officer's reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

This Written Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes. The actions taken by this Written Consent shall have the same force and effect as if taken by the undersigned at a meeting of the parties hereto, duly called and constituted pursuant to the laws of the State of Delaware. This Written Consent may be executed simultaneously in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date first written above.

**SHAREHOLDER:**

**L.K. Bennett Limited (In Administration)**

By: *CRAIG ANTHONY LEWIS*

Joint Administrator, acting as Agent of L.K. Bennett Limited, without personal liability

**Fill in this information to identify the case:**

Debtor name  L.K. Bennett U.S.A, Inc.

United States Bankruptcy Court for the: District of Delaware
                                                (State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | PLAZA MADISON, LLC C/O COLLIERS TRI-STATE MANAGEMENT 666 FIFTH AVENUE NEW YORK, NY 10103 | SELINA ZENG SELINA.ZENG@COLLIERS.COM 1-212-716-3500 | Litigation | Disputed | | | Undetermined |
| 2 | L.K. BENNETT LIMITED RIVINGTON HOUSE, 82 GREAT EASTERN STREET LONDON EC2A 3JF UNITED KINGDOM | HEATHER WOOD HEATHER.WOOD@LKBENNETT.COM +44 (0) 2076 376700 | Trade Payable | | | | $17,391,351.45 |
| 3 | WESTFIELD WORLD TRADE CENTER LLC ATTN: LEGAL DEPARTMENT 2049 CENTURY PARK EAST, 41ST FL LOS ANGELES, CA 90067 | DEBRA YINDRA DEBRA.YINDRA@URW.COM 1-310-689-2636 | Rent Payable | | | | $223,552.94 |

*EAST\165545128.3*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | A/R RETAIL LLC C/O RELATED URBAN MANAGEMENT COMPANY 60 COLUMBUS CIRCLE 19TH FL NEW YORK, NY 10023 | BRIAN J. MCEVOY BRIAN.MCEVOY@RELATED.COM 1-917-715-5362 | Rent Payable | | | | $182,753.20 |
| 5 | MIQ LIMITED THORPE INDUSTRIAL PARK EGHAM, SURREY TW20 8RZ UNITED KINGDOM | NICKY SURRIDGE NICKY.SURRIDGE@MIQ.COM +44 (0) 1442 927171 | Trade Payable | | | | $177,979.33 |
| 6 | UPS 28013 NETWORK PLACE CHICAGO, IL 60673 | TIM KREIDER TKREIDERJR@UPS.COM 1-646-689-1539 | Trade Payable | | | | $127,188.74 |
| 7 | FORUM SHOPS, LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON ST. INDIANAPOLIS, IN 46204 | RYAN SCHILLO RYAN.SCHILLO@SIMON.COM 1-317-685-7342 | Rent Payable | | | | $93,659.58 |
| 8 | LA CIENEGA PARTNERS LP 200 EAST LONG LAKE ROAD, P.O BOX 200 BLOOMFIELD HILLS, MI 48303 | JANICE SANDERS JSANDERS@TAUBMAN.COM 1-248-258-7562 | Rent Payable | | | | $76,640.84 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | R.C.S., INC. 460 WEST 34TH ST. NEW YORK, NY 10001 | MOE PURI MPURI@RCSREALESTATE.COM 1-212-239-1100 | Trade Payable | | | | $73,758.00 |
| 10 | FULLER MADISON LLC C/O VORNADO OFFICE MANAGEMENT LLC 888 SEVENTH AVE. NEW YORK, NY 10019 | MICHELE IANNELLO MIANNELLO@VNO.COM 1-212-755-1166 | Rent Payable | | | | $63,469.16 |
| 11 | COPLEY PLACE ASSOCIATES LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON ST. INDIANAPOLIS, IN 46204 | RYAN SCHILLO RYAN.SCHILLO@SIMON.COM 1-317-685-7342 | Rent Payable | | | | $58,506.36 |
| 12 | DAVID L. MOSS & ASSOCIATES 370 LEXINGTON AVE, STE 2102 NEW YORK, NY 10017 | JORDAN J. TAPIA, ESQ. JORDAN@MOSSNYLAW.COM 1-212-566-6780 | Trade Payable | | | | $50,000.00 |
| 13 | WESTCHESTER MALL, LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON ST. INDIANAPOLIS, IN 46204 | RYAN SCHILLO RYAN.SCHILLO@SIMON.COM 1-317-685-7342 | Rent Payable | | | | $46,319.21 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 RIVERSIDE SQUARE LIMITED C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON ST. INDIANAPOLIS, IN 46204 | RYAN SCHILLO RYAN.SCHILLO@SIMON.COM 1-317-685-7342 | Rent Payable | | | | $45,148.00 |
| 15 900 NORTH MICHIGAN LLC C/O JMB FINANCIAL ADVISORS, LLC 900 N. MICHIGAN AVE. STE 850 CHICAGO, IL 60611 | CARMINA GONZALEZ CGONZALEZ@900NM.COM 1-312-915-3900 | Rent Payable | | | | $40,020.52 |
| 16 HG GALLERIA LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON ST. INDIANAPOLIS, IN 46204 | RYAN SCHILLO RYAN.SCHILLO@SIMON.COM 1-317-685-7342 | Rent Payable | | | | $39,640.51 |
| 17 CPI-PHIPPS LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON ST. INDIANAPOLIS, IN 46204 | RYAN SCHILLO RYAN.SCHILLO@SIMON.COM 1-317-685-7342 | Rent Payable | | | | $36,163.90 |
| 18 CCSMCLAYS RYHMNEY HOUSE COPSE WALK CARDIFF, UK CF3 84B | LAURA URSELL LURSELL@CCSMCLAYS.CO.UK +44(0)2920 104800 | Trade Payable | | | | $23,190.65 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 EL TORO INTERACTIVE 636 BROADWAY 3RD FL NEW YORK, NY 10012 | MARIA CIMINATA MARIA@ACADACA.COM 1-212-505-5885 | Trade Payable | | | | $17,187.46 |
| 20 TRAVELERS INSURANCE ONE TOWER SQUARE HARTFORD, CT 06183 | SAM GOLDENBERG SAMGOLDENBERG@MOGIL.COM 1-212-252-7100 | Insurance | | | | $13,379.01 |

EAST\165545128.3

Fill in this information to identify the case and this filing:

Debtor Name  L.K. Bennett U.S.A, Inc.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*): _____

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☒    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/3/2019                            x /s/ A. Komrakov
MM / DD / YYYY                                   Signature of individual signing on behalf of debtor

                                                 Andrey Komrakov
                                                 Printed name
                                                 Assistant Secretary and Financial Controller
                                                 Position or relationship to debtor

EAST\165545128.3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
                                                               :
In re:                                                         : Chapter 11
                                                               :
    L.K. BENNETT U.S.A, INC.,[1]                          : Case No. 19-_____ (___)
                                                               :
             Debtor.                                  :
---------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, L.K. Bennett U.S.A, Inc. hereby certifies that L.K. Bennett Limited owns 100% of the common stock of L.K. Bennett U.S.A, Inc.

---

[1] The last four digits of the Debtor's federal tax identification number are (6607). The mailing address for the Debtor is 595 Madison Avenue, New York, New York 10022.

Fill in this information to identify the case and this filing

Debtor Name **L.K. Bennett U.S.A. Inc.**

United States Bankruptcy Court for the: _____ **District of Delaware**
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

    *Schedule H: Codebtors (Official Form 206H)*

    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

    *Amended Schedule* _____

    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

    *Other document that requires a declaration* Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/3/2019
MM / DD / YYYY

X /s/ A. Komrakov
Signature of individual signing on behalf of debtor
**Andrey Komrakov**
Printed name

**Assistant Secretary and Financial Controller**
Position or relationship to debtor

EAST\165545128.3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
 : 
L.K. BENNETT U.S.A, INC.,[1] : Case No. 19-_____ (___)
 : 
Debtor. : 
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS (RULE 1007(a)(3))

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), L.K. Bennett U.S.A, Inc., as the above-captioned debtor and debtor in possession, hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| L.K. Bennett Limited<br>Rivington House, 82 Great Eastern Street<br>London EC2A 3JF<br>United Kingdom | 100% of L.K. Bennett U.S.A, Inc. |

---

[1] The last four digits of the Debtor's federal tax identification number are (6607). The mailing address for the Debtor is 595 Madison Avenue, New York, New York 10022.

EAST\165545128.3

Fill in this information to identify the case and this filing

Debtor Name **L.K. Bennett U.S.A, Inc.**

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- Schedule H: Codebtors (Official Form 206H)
- Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- Amended Schedule _____
- Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- Other document that requires a declaration **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **4/3/2019**
MM / DD / YYYY

× _/s/ A. Komrakov_____
Signature of individual signing on behalf of debtor

**Andrey Komrakov**
Printed name
**Assistant Secretary and Financial Controller**
Position or relationship to debtor

EAST\165545128.3